# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **ODILON GONZALEZ AND SYLVIA** | : | **CIVIL ACTION NO. _____** |
| **AVILA, INDIVIDUALLY AND ON** | : | |
| **BEHALF OF THEIR DECEASED SON,** | : | |
| **ADRIAN AVILA GONZALEZ** | : | |
| | : | |
| **VS.** | : | **JUDGE _____** |
| | : | |
| **LOUISIANA SCRAP METALS** | : | **MAGISTRATE JUDGE_____** |
| **RECYCLING LAKE CHARLES, L.L.C** | : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## <u>COMPLAINT</u>

The Complaint of Odilon Gonzalez and Sylvia Avila, persons of the full age of majority, individually and on behalf of their deceased son, Adrian Avila Gonzalez, respectfully represents:

1.

Defendant, Louisiana Scrap Metals Recycling Lake Charles, L.L.C., a Louisiana limited liability company authorized to do and doing business within the State of Louisiana and within the jurisdiction of this Honorable Court, is indebted unto Plaintiffs for all damages to which they are entitled to receive as prayed for herein, together with legal interest thereon from date of judicial demand until paid and for all costs of these proceedings for the following, non-exclusive, acts of negligence and resulting damages, as more specifically set forth below.

2.

Plaintiffs, Odilon Gonzalez and Sylvia Avila, are the natural parents of Adrian Avila Gonzalez. Adrian Avila Gonzalez was born on February 2, 1998, and died on May 3, 2021, as a result of the negligence of Defendant, Louisiana Scrap Metals Recycling Lake Charles, L.L.C., as

set forth herein.  The deceased, Adrian Avila Gonzalez, was never married and had no children. Therefore, Plaintiffs are the proper party plaintiffs to bring this action.

3.

Jurisdiction of this Court is invoked under Admiralty, General Maritime Law, and 33 U.S.C. §905(b).

4.

Venue is proper in this District and Division under 28 U.S.C. §1391(b)(2), because the defendant resides in this district and all or a substantial part of the events or omissions giving rise to the claims occurred in this District and Division.

5.

On or about April 30, 2021, Adrian Avila Gonzalez was employed by CP Contractors, LLC and was performing work on a vessel on navigable waters at the facility of Defendant, Louisiana Scrap Metals Recycling Lake Charles, L.L.C., in Lake Charles, Louisiana.  While performing his work, Adrian Avila Gonzalez began using a cutting torch when, suddenly and without warning, an explosion occurred severely injuring and burning Adrian Avila Gonzalez ("the explosion").

6.

On May 3, 2021, Adrian Avila Gonzalez died as a result of the injuries and burns he sustained in the explosion.

7.

At all pertinent times, Defendant, Louisiana Scrap Metals Recycling Lake Charles, L.L.C., was the owner, owner pro hac vice, agent, operator, charter or bare boat charterer of said vessel for the purposes of 33 U.S.C. §905(b).

8.

At all relevant times, Adrian Avila Gonzalez was performing his job in a safe and non-negligent manner and committed no negligence causing or contributing to the explosion in any fashion.

9.

The sole cause of the explosion and Adrian Avila Gonzalez's resulting burns, injuries, and death was the negligence of the Defendant, Louisiana Scrap Metals Recycling Lake Charles, L.L.C., in the following non-exclusive respects:

(1)     Failing to turnover a safe and secure vessel to Adrian Avila Gonzalez;

(2)     Failing to remedy a dangerous and hazardous condition that directly led to the explosion, which condition was caused by Defendant's negligence;

(3)     Failing to take steps to intervene and to protect Adrian Avila Gonzalez from dangers and hazardous conditions during the course of his work;

(4)     Failing to exercise reasonable care to protect Adrian Avila Gonzalez from harm;

(5)     Exercising active control over the negligent acts which caused the explosion and the resulting injuries, burns, and death to Adrian Avila Gonzalez;

(6)     Failing to protect Adrian Avila Gonzalez from hazards in areas under the active control of Defendant;

(7)     Failing to provide or exercise minimum safety requirements;

(8)     Failing to provide adequate equipment for the job in question;

(9)     Failing to provide adequate personnel for the job in question;

(10)    Breaching a legally imposed duty of reasonable care owed by the Defendant to the Adrian Avila Gonzalez;

(11)   Committing other acts of negligence under 905(b) and/or maritime law to be proved at trial of this matter.

10.

As a direct result of the negligence of the Defendant, Louisiana Scrap Metals Recycling Lake Charles, L.L.C., Plaintiffs, Odilon Gonzalez and Sylvia Avila, on behalf of Adrian Avila Gonzalez, are entitled to recover from Defendant reasonable and just compensatory, special, and general damages as prayed for herein and to be awarded by this Honorable Court in the following non-exclusive respects:

A.     Past physical, mental, and emotional pain and suffering;

B.     Past loss of wages, fringe benefits, and wage earning capacity;

C.     Future loss of wages, fringe benefits, and wage earning capacity;

D.     Past physical disability;

E.     Past medical expenses;

F.     Funeral expenses; and

G.     All other special and general damages as will be shown at the trial of this matter.

11.

As a direct result of the negligence of the Defendant, Louisiana Scrap Metals Recycling Lake Charles, L.L.C., Plaintiffs, Odilon Gonzalez and Sylvia Avila, individually, are each entitled to recover from Defendant reasonable and just compensatory, special, and general damages as prayed for herein and to be awarded by this Honorable Court in the following non-exclusive respects:

A.  Loss of love and affection;

B.  Mental anguish, anxiety, and emotional distress;

4

C.  Loss of consortium, services, and society;

D.  Loss of support; and

E.  All other special and general damages as will be shown at the trial of this matter.

**WHEREFORE,** Plaintiffs, Odilon Gonzalez and Sylvia Avila, individually and on behalf of their deceased son, Adrian Avila Gonzalez, pray that Defendant**,** Louisiana Scrap Metals Recycling Lake Charles, L.L.C., be duly cited to appear and answer this Complaint and after legal delays and due proceedings are had, that there be Judgment herein in favor of the Plaintiffs, Odilon Gonzalez and Sylvia Avila, individually and on behalf of their deceased son, Adrian Avila Gonzalez, and against the Defendant, Louisiana Scrap Metals Recycling Lake Charles, L.L.C., for all damages to which the Plaintiffs are entitled to recover for the reasons set forth herein, together with legal interest thereon from date of judicial demand until paid, for payment of all costs, including expert fees, and for all other general and equitable relief.

Respectfully submitted,

THE TOWNSLEY LAW FIRM


BY:	*/s/ David H. Hanchey*
	DAVID H. HANCHEY, Bar Roll No.: 19927
	TODD A. TOWNSLEY, Bar Roll No.: 21095
	3102 Enterprise Boulevard
	Lake Charles, Louisiana  70601
	Telephone:	(337) 478-1400
	Facsimile:	(337) 478-1577
	Email: david@townsleylawfirm.com
		ahebert@townsleylawfirm.com


**PLEASE SERVE**
**LOUISIANA SCRAP METALS RECYCLING LAKE CHARLES, L.L.C.**
**THROUGH ITS AGENT FOR SERVICE:**
**HENRY C. PERRET, JR.**
**1301 CAMELIA BOULEVARD, SUITE 400**
**LAFAYETTE, LOUISIANA 70508**