**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

**ODILON GONZALES ET AL**                    **CASE NO.  2:22-CV-01037**

**VERSUS**                                   **JUDGE JAMES D. CAIN, JR.**

**LOUISIANA SCRAP METALS**                   **MAGISTRATE JUDGE LEBLANC**
**RECYCLING LAKE CHARLES LLC**

**JUDGMENT**

For the reasons stated in the accompanying Memorandum Ruling, the court hereby

**ORDERS, ADJUDGES,** and **DECREES** that the Motion for Summary Judgment [doc.

114] be **DENIED**.

**THUS DONE AND SIGNED** in Chambers on the 25th day of March, 2026.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**