**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

**ODILON GONZALES ET AL** — **CASE NO. 2:22-CV-01037**

**VERSUS** — **JUDGE JAMES D. CAIN, JR.**

**LOUISIANA SCRAP METALS RECYCLING LAKE CHARLES L L** — **MAGISTRATE JUDGE LEBLANC**

# JUDGMENT

For the reasons stated in the accompanying Memorandum Ruling, the court hereby **ORDERS, ADJUDGES,** and **DECREES** that the Motion for Summary Judgment [doc. 126] be **DENIED.**

**THUS DONE AND SIGNED** in Chambers on the 11th day of September, 2026.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**